

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MARGARET M. ROBERTIE**  
**CLERK OF COURT**

**TEL: 618.439.7760**  
**FAX: 618.435.2409**

**OFFICE OF THE CLERK**  
**301 WEST MAIN STREET**  
**BENTON, ILLINOIS 62812**

October 13, 2021

Clerk of the Circuit Court  
Effingham County  
120 W. Jefferson, Suite 101  
Effingham, IL 62401-0586

Re:   Wilson v. Certain Underwriters at Lloyd's of London  
      District Court Case No. 21-cv-768-NJR  
      State Court Case No. 2021MR77

Enclosed is a certified copy of the Order of Chief Judge Nancy J. Rosenstengel filed October 12, 2021, remanding this action to your court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,

*s/ K. Williams*  
Deputy Clerk

Enclosure  
Copy to Counsel of Record

Received By: _____

Date: _____

CV-11  
Rev. 1/12